UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

EUGENE E. ISAACSON,

    Plaintiff,

File no: 2:08-CV-223

v.

HON. ROBERT HOLMES BELL

CLIFFS RIVER MARINA, et al.,

    Defendants.
_____/

EUGENE E. ISAACSON,

    Plaintiff,

File no: 2:08-CV-291

v.

HON. ROBERT HOLMES BELL

SHAWN BERRIGAN, et al.,

    Defendants.
_____/

**ORDER APPROVING MAGISTRATE'S
REPORT AND RECOMMENDATION**

The Court has reviewed the Report and Recommendation filed by the United States Magistrate in these related actions. The Report and Recommendation was duly served on the plaintiff. No objections have been filed.

ACCORDINGLY, the Report and Recommendation is hereby adopted as the opinion of the Court.

THEREFORE, IT IS ORDERED that:

Case numbers 2:08-CV-223 and 2:08-CV-291 are hereby **DISMISSED** for lack of personal jurisdiction.


Date:   January 13, 2009                /s/ Robert Holmes Bell
                                        ROBERT HOLMES BELL
                                        UNITED STATES DISTRICT JUDGE